Exhibit  1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Elizabeth Thomas, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil No.  H-10-4320 |
| | § | |
| Merscorp, Inc., et al, | § | |
| | § | |
| Defendant. | § | |

ORDER

Pursuant to the Notice of Voluntary Dismissal filed on April 28, 2011, the above-styled action shall be and is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii).

The Clerk shall send a true copy to all counsel of record.

Signed this **28** day of April, 2011.


DAVID HITTNER
United States District Judge