UNITED STATES DISTRICT COURT　　　　　　　　　NOT FOR PUBLICATION
EASTERN DISTRICT OF NEW YORK

---

ELIZABETH THOMAS,

                          Plaintiff,

- versus -

JP MORGAN CHASE, N.A., BARRETT,
DAFFIN FRAPPIER TURNER & ENGEL LLP
(*collectively*) BARRETT , BURKE, WILSON,
CASTLE DAFFIN & FRAPPIER, LLP.,
DOLAN COMPANY (*collectively*)
AMERICAN PROCESSING COMPANY
NATIONAL DEFAULT EXCHANGE
HOLDING ("NDEx"), MERSCORP INC.,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., their
Executives, Directors, Shareholder and
Employees, JOHN DOES 1-100,
                          Defendants.

ORDER

11-CV-3656 (JG)(RML)

---

JOHN GLEESON, United States District Judge:

       Having held a conference today to discuss a number of pending matters, I have made the following rulings:

       To the extent Thomas has any dispute with the law firm of Cuneo, Gilbert & LaDuca, LLP, that dispute is not properly before me. Accordingly, Thomas's application to withdraw her emergency motion for an order to show cause is granted and the emergency motion for an order to show cause is dismissed.

       Thomas's motions for sanctions are denied without prejudice to renewal after a decision is issued on the pending motions to dismiss.

Thomas's motion for leave to file a Supplement to the First Amended Complaint is granted. The document attached to her motion for leave to file, ECF No. 53-1, shall be deemed her Second Amended Complaint and shall be the operative complaint in this case.

To the extent Thomas is asserting claims against any of the Defendants for obstruction of justice, those claims are dismissed without prejudice to their assertion in the appropriate forum for the reasons stated on the record during today's conference.

Since Thomas no longer wants her case to be transferred to the United States District Court for the Southern District of New York, her motion to transfer is denied.

The motion of JPMorgan Chase Bank, N.A. and Chase Home Finance LLC (collectively, "Chase") for an extension of time to respond to the Second Amended Complaint is granted. Chase shall respond to the Second Amended Complaint within 30 days of entry of an order deciding the motion of Mortgage Electronic Registration Systems, Inc. and Merscorp to vacate their default, which remains pending before Judge Levy.

Thomas has also moved for "an appointment for racketeering investigation" and to allow the Attorney General of Nevada to be the "document custodian." Motion, ECF No. 64, at 7–8. Because I do not have the power to grant this requested relief, the motion is denied.

Oral argument of the motions to dismiss remains scheduled for June 22, 2012, at 9:30 AM in Courtroom 6C South.

So ordered.

John Gleeson, U.S.D.J.

Dated: June 12, 2012
      Brooklyn, New York